UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
'94 SOUNDS LLC,

                Plaintiff,

           -against-

ALEXANDER GABRIEL PEREZ and
THEORY ENTERTAINMENT LLC d/b/a
300 ENTERTAINMENT,

                Defendants.
--------------------------------------------------------X

20-CV-6288 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

On August 3, 2022, the Parties submitted a Proposed Confidentiality Stipulation and Protective Order (Doc. 35) ("Proposed Protective Order"). The Proposed Protective Order does not follow the procedures for filing sealed documents as stated in Rule 5.B.iii of my Individual Rules & Practices in Civil Cases. Accordingly, it is hereby:

ORDERED that the Parties submit a revised Proposed Protective Order in accordance with my Individual Rules & Practices in Civil Cases, particularly Rule 5.B.iii..

SO ORDERED.

Dated: August 4, 2022
      New York, New York

                                        Vernon S. Broderick
                                        United States District Judge