704d64ab16585c3e

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                   :
'94 SOUNDS LLC,                                    :
                                                   :
                          Plaintiff,               :
                                                   :              20-CV-6288 (VSB)
              -against-                             :
                                                   :                 **ORDER**
ALEXANDER GABRIEL PEREZ and                        :
THEORY ENTERTAINMENT LLC d/b/a                     :
300 ENTERTAINMENT,                                 :
                                                   :
                          Defendants.   X
---------------------------------------------------------

VERNON S. BRODERICK, United States District Judge:

      In light of the settlement conference scheduled before Magistrate Judge Stewart Aaron on

October 7, 2022 at 2:00PM (Doc. 43), the post-discovery conference, currently scheduled for

September 15, 2022, is adjourned (Doc. 41.) Pending the outcome of any settlement discussions,

a post-discovery conference will be rescheduled at a later date if necessary.

SO ORDERED.

Dated:  August 19, 2022
        New York, New York

                                            Vernon S. Broderick
                                            United States District Judge