UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                     :

'94 SOUNDS LLC,                             :

                                                   Plaintiff,    :
                                                              :                     20-CV-6288 (VSB)
                         -against-                   :
                                                              :                           **ORDER**

ALEXANDER GABRIEL PEREZ and         :
THEORY ENTERTAINMENT LLC d/b/a    :
300 ENTERTAINMENT,                       :
                                                              :
                                               Defendants.  :
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

       ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:  October 13, 2022
           New York, New York

                                                                              Vernon S. Broderick
                                                                              United States District Judge